**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                              :
                                                    :  Chapter 13
    Brian Reed                    :
                                                    :  Bankruptcy No. 21-10238-AMC
    Debtor.                       :

## O R D E R

**AND NOW**, the Debtor having filed the above bankruptcy case on January 29, 2021,

**AND**, the Debtor having filed two (2) prior bankruptcy cases before the present case:

Including case number 19-14199, a Chapter 13 case filed in the Eastern District of Pennsylvania Bankruptcy Court on July 1, 2019 and dismissed on July 23, 2019 for failure to file information,

Case Number 19-16881, Chapter 13 filed in Pennsylvania Eastern Bankruptcy Court on 11/01/2019 , Dismissed with 365 Day Bar for Other Reason on 01/07/2020

**AND,** the docket reflecting that the Debtor has failed to file the below listed documents:

    Pro Se Statement
    SSN Form B-21
    Proper Form of PetitionCertification Concerning Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Current Monthly Income Form 122C-1
    Means Test Calculation Form 122C-2
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106

**AND,** it appearing that it may be appropriate to enter an **order barring the Debtor from filing future bankruptcy cases for a period of 730 days**, either individually or jointly, without first obtaining this Court's permission, to the extent this Court finds that the Debtor filed this case in bad faith,

It is hereby **ORDERED** that:

A TELEPHONIC **HEARING** to consider **DISMISSAL** of this case and **RESTRICTIONS** on the Debtor's right to refile another bankruptcy case is **SCHEDULED on March 24, 2021 at 11:00 a.m. in Bankruptcy Court** to show cause why this bankruptcy case should not be dismissed for Debtor's failure to file documents. Parties are to **Dial: 877-873-8017 Access Code: 3027681#** .

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice and an Order may be entered **barring the Debtor from filing future bankruptcy cases for a period of 730 days**, either individually or jointly, without first seeking court approval. See, e.g., In re Casse, 198 F. 3d 327 (2d Cir. 1999).

Dated: March 1, 2021

Ashely M. Chan
United States Bankruptcy Judge