## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                            :    **Chapter 13**

BRIAN REED                                       :

                          Debtor.        :    **Case No.  21-10238-AMC**

## <u>ORDER</u>

   **AND NOW**, After notice and the *Show Cause Hearing to consider whether the Debtor's case should be dismissed and the Debtor should be barred from filing future bankruptcy cases* held on March 24, 2021 at which the debtor failed to appear and for reasons stated in open court, it is hereby

   **ORDERED** that this chapter 13 case is **Dismissed** based on a record of bad faith, and it is

   **FURTHER ORDERED** that the Debtor shall be prohibited from filing future bankruptcy cases for a period of **730 days** from the date of the dismissal order of this case, either individually or jointly, without first seeking court approval.

**Date: March 25, 2021**

_____

Honorable Ashely M. Chan
United States Bankruptcy Judge