*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brian Reed
    Debtor(s)

Case No: 21−10238−amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Pro Se Letter/Motion Filed by Brian Reed to Plead with the Court to Allow File Bankruptcy . (Debtor is Barred for a period of 730 days from the date of the dismissal order , either individually or jointly, without first seeking court approval).

Parties are to
Dial: 877−873−8017
Access Code: 3027681#

on: 5/4/22

at: 11:00 AM

in: HRG will be held via Video Hearing, Parties will be notified for connection, For questions, please contact the court

For The Court

Date:  4/5/22

Timothy B. McGrath
Clerk of Court

23 − 22
Form 167