**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
|    Brian Reed | : | |
|             Debtor. | : | Bankruptcy No. 21-10238-AMC |

# O R D E R

**AND NOW**, before this Court is a *pro se* chapter 13 bankruptcy petition dated April 4, 2022 (the "Petition"), filed by Brian Reed (the "Debtor").

**AND**, the Debtor filed three prior bankruptcy cases in this Court: (i) Case No. 19-14199-AMC filed on July 1, 2019, and dismissed on July 23, 2019; (ii) Case No. 19-16881-AMC filed on November 1, 2019 and dismissed on January 7, 2020 and (iii) Case No. 21-10238-AMC (the "2021 Bankruptcy Case"), filed on January 29, 2021 and dismissed on March 25, 2021.

**AND**, the order this Court entered dismissing the 2021 Bankruptcy Case (the "Dismissal Order") provided that the Debtor was barred for 730 days from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of the Court.

**AND**, the Debtor did not obtain leave of the Court as required by the Dismissal Order prior to filing the Petition.

It is hereby **ORDERED** that the pro se chapter 13 bankruptcy petition dated April 4, 2022 is **DISMISSED** and is not to be assigned a new Bankruptcy Case Number.

It is hereby **FURTHER ORDERED** that the Debtor is prohibited from filing another bankruptcy petition without first obtaining leave of the Court, and the Clerk's Office shall not accept any filings by the Debtor without such leave first being granted.

Dated: April 5, 2022

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE