United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-10238-amc

Brian Reed     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Apr 05, 2022     Form ID: 167     Total Noticed: 8

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Reed, 8400 Fayette St., Philadelphia, PA 19150-1915 |
| 14582324 | + | M&T Bank, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Apr 05 2022 23:42:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2022 23:42:23 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14589857 | | Email/Text: megan.harper@phila.gov | Apr 05 2022 23:42:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14580626 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2022 23:42:23 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14579771 | | Email/Text: camanagement@mtb.com | Apr 05 2022 23:42:00 | M&T Bank, PO BOX 767, Buffalo NY 14240-0767 |
| 14589578 | + | Email/Text: megan.harper@phila.gov | Apr 05 2022 23:42:00 | The City of Philadelphia, c/o Pamela E. Thurmond, Esq., City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1617 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14579772 | | Philadelphia Water Department |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 05, 2022 | Form ID: 167 | Total Noticed: 8 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

**Name**            **Email Address**

PAMELA ELCHERT THURMOND
              on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

REBECCA ANN SOLARZ
              on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
              ECFMail@ReadingCh13.com

United States Trustee
              USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brian Reed
    Debtor(s)

Case No: 21−10238−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Pro Se Letter/Motion Filed by Brian Reed to Plead with the Court to Allow File Bankruptcy . (Debtor is Barred for a period of 730 days from the date of the dismissal order , either individually or jointly, without first seeking court approval).

Parties are to
Dial: 877−873−8017
Access Code: 3027681#

on: 5/4/22

at: 11:00 AM

in: HRG will be held via Video Hearing, Parties will be notified for connection, For questions, please contact the court

For The Court

Date:  4/5/22

Timothy B. McGrath
Clerk of Court