United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-10238-amc

Brian Reed Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Brian Reed, 8400 Fayette St., Philadelphia, PA 19150-1915 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13
    Brian Reed :
        Debtor. : Bankruptcy No. 21-10238-AMC

# O R D E R

**AND NOW**, before this Court is a *pro se* chapter 13 bankruptcy petition dated April 4, 2022 (the "Petition"), filed by Brian Reed (the "Debtor").

**AND**, the Debtor filed three prior bankruptcy cases in this Court: (i) Case No. 19-14199-AMC filed on July 1, 2019, and dismissed on July 23, 2019; (ii) Case No. 19-16881-AMC filed on November 1, 2019 and dismissed on January 7, 2020 and (iii) Case No. 21-10238-AMC (the "2021 Bankruptcy Case"), filed on January 29, 2021 and dismissed on March 25, 2021.

**AND**, the order this Court entered dismissing the 2021 Bankruptcy Case (the "Dismissal Order") provided that the Debtor was barred for 730 days from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of the Court.

**AND**, the Debtor did not obtain leave of the Court as required by the Dismissal Order prior to filing the Petition.

It is hereby **ORDERED** that the pro se chapter 13 bankruptcy petition dated April 4, 2022 is **DISMISSED** and is not to be assigned a new Bankruptcy Case Number.

It is hereby **FURTHER ORDERED** that the Debtor is prohibited from filing another bankruptcy petition without first obtaining leave of the Court, and the Clerk's Office shall not accept any filings by the Debtor without such leave first being granted.

Dated:  April 5, 2022

                                          ASHELY M. CHAN
                                          UNITED STATES BANKRUPTCY JUDGE