**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| BRIAN REED | : | |
| Debtor(s) | : | Bky. No. 21-10238-AMC |

# O R D E R

**AND NOW**, upon consideration of the Pro Se Debtor's *Letter/Motion to Plead with the Court to Allow to File Bankruptcy Case* ("the Motion") and the response filed by the City of Philadelphia,

**AND** after a hearing held on the Motion on May 4, 2022 at which Debtor failed to appear, it is hereby

**ORDERED** that the Motion is **DENIED** for lack of prosecution and for reasons stated in open Court.

Date: May 4, 2022

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE